[No. 24028-2-III. Division Three. November 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MICHAEL ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00455-2, Robert D. Austin, J., entered March 16, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Kato, JJ.

[No. 24256-1-III. Division Three. November 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER FRANKLIN SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00245-3, Robert G. Swisher, J., entered June 10, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[Nos. 24315-0-III; 24316-8-III; Division Three. November 2, 2006.] 24883-6-III; 24884-4-III.

THE STATE OF WASHINGTON, *Respondent*, v. JACOB ISAIH DORFMAN, *Appellant*.

*In the Matter of the Personal Restraint of* JACOB ISAIH DORFMAN, *Petitioner*.

Appeals from judgments of the Superior Court for Grant County, Nos. 04-1-00767-7 and 04-1-00776-6, Evan E. Sperline, J., entered June 27, 2005, together with petitions for relief from personal restraint. Judgements *affirmed in part* and *remanded* and petitions *denied* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.